[No. 55631-2-I. Division One. November 28, 2005.]

RICHARD MCKINNEY, *Appellant*, v. MARY CUNNIFFE ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 04-2-30473-3, James D. Cayce, J., entered January 3, 2005. *Affirmed* by unpublished opinion per Appelwick, J., concurred in by Cox, C.J., and Coleman, J.

[No. 55675-4-I. Division One. November 28, 2005.]

REUEL ROBERTSON ET AL., *Appellants*, v. THE WASHINGTON STATE PARKS AND RECREATION COMMISSION ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for San Juan County, No. 04-2-05186-1, Alan R. Hancock, J., entered January 3, 2005. *Affirmed* by unpublished opinion per Agid, J., concurred in by Appelwick, A.C.J., and Ellington, J. Now published at 135 Wn. App. 1.

[No. 55329-1-I. Division One. November 28, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. ANTONIO D. DENNIS, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 04-1-00565-0, James H. Allendoerfer, J., entered November 17, 2004. *Affirmed* by unpublished opinion per Becker, J., concurred in by Appelwick, A.C.J., and Schindler, J.

[No. 32187-4-II. Division Two. November 29, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. CHARLES LEON ROBINSON, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 03-1-05617-2, Lisa R. Worswick, J., entered August 23, 2004. *Affirmed* by unpublished opinion per Hunt, J., concurred in by Van Deren, A.C.J., and Penoyar, J.